UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-cv-20122-MARTINEZ

ALEXANDER MOSKOVITS,

    Plaintiff,

v.

MERCEDES-BENZ USA, LLC, et al.,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

    THIS MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for all pretrial proceedings and for a Report and Recommendation on all dispositive matters, including pending motions. (Order Reference, ECF No. 7.) Hence, Magistrate Judge Becerra filed the Omnibus Report and Recommendation, (ECF No. 46), which addresses Defendants' motions to dismiss, (ECF Nos. 11, 25, 26, 27, 39); Plaintiff's omnibus response to Defendants' motions to dismiss and Motion to Disqualify, (ECF No. 31); and Defendants Gregoire and Ivers' requests for attorneys' fees and costs, (ECF Nos. 26, 40), and recommends that (1) the Amended Complaint be dismissed with prejudice, (2) Defendants Gregoire and Ivers' requests for attorneys' fees and costs be denied, (3) Plaintiff's Motion to Disqualify Defendants Russo and Ivers be denied, and (4) Plaintiff's Motion to Supplement his Omnibus Response be denied as moot.

    The Omnibus Report and Recommendation was filed on Monday, January 10, 2022, and Plaintiff was served with a copy of the Omnibus Report and Recommendation on Saturday, January 15, 2022, so Plaintiff had until and including Monday, January 31, 2022, to file his objections. On Friday, January 28, 2022, Plaintiff emailed the Court, Judge Becerra, and All Counsel of Record with a copy of his objections to the Omnibus Report and Recommendation. As indicated in Plaintiffs' email, Plaintiff sent a copy of the objections to the Clerk of Court for filing. Plaintiff's objections were docketed on Monday, January 31, 2022. All of this to say that Plaintiff's

Objections to R&R, (ECF No. 47), was timely filed.

The Court has reviewed the entire file and record and has made a de novo review of the issues that the objections to Magistrate Judge Becerra's Report and Recommendation, (ECF No. 46), present. The Court finds that the issues raised in Plaintiff's objections, (ECF No. 47), are already addressed in Magistrate Judge Becerra's Report and Recommendation, (ECF No. 46). After careful consideration, it is

ADJUDGED that United States Magistrate Judge Becerra's Omnibus Report and Recommendation, (ECF No. 46), is AFFIRMED and ADOPTED. Accordingly, it is

ORDERED AND ADJUDGED that:

1. The Amended Complaint, (ECF No. 5), is DISMISSED WITH PREJUDICE;

2. Defendants Gregoire and Ivers' requests for attorneys' fees and costs, (ECF No. 26, 40), are DENIED;

3. Plaintiff's Motion to Disqualify Defendants Russo and Ivers, (ECF No. 31), is DENIED;

4. Plaintiff's Motion to Supplement his Omnibus Response, (ECF No. 45), is DENIED AS MOOT;

5. The Clerk is DIRECTED to CLOSE this case and DENY all other pending motions as MOOT. Final judgment will be entered by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of January 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Alexander Moskovits, *pro se*
Caixa Postal 108
CEP 88495-000
Garopaba, Brazil

All Counsel of Record